**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

**v.**                                                                    **Criminal No.   1:25-MJ-39**

**BRUCE E. KENNEY,**

              **Defendant.**


### MOTION TO DETAIN

    In view of the Probation Officer's petition in this matter, the United States moves to

detain the defendant pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and

18 U.S.C. § 3143(a)(1).


**DATED:** April 22, 2025


                      Respectfully submitted,
                      RANDOLPH J. BERNARD
                      Acting United States Attorney

                      William Rhee
                      Assistant United States Attorney
                      WVSB #14676
                      320 West Pike Street, Suite 300
                      Clarksburg, WV 26301
                      Telephone: (304) 623-7030